

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Cynthia Martin, Appellant

No. 06-21-00070-CV     v.

Hopkins Energy, LLC, and Hopkins
County, Appellees

Appeal from the 62nd District Court of
Hopkins County, Texas (Tr. Ct. No.
CV44739).    Memorandum    Opinion
delivered by Justice Burgess, Chief Justice
Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that each party is to bear its own costs incurred by reason of this appeal.

RENDERED OCTOBER 5, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk